UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

PRO-HAWK CORPORATION,

               Plaintiff

   v.                                                **ORDER**
                                                  05-CV-303S

SPEEDWAY CONVEYORS, INC.,
UNEX MANUFACTURING, INC.,
NF MANAGEMENT, and
HIGH DENSITY STORAGE
SYSTEMS, INC.

                           Defendants.

      1.     On May 3, 2005, James M. Slominski, counsel for Plaintiff Pro-hawk Corporation, filed a motion seeking *pro hac vice* admission to this Court under Rule 83.1 of the Local Rules of Civil Procedure for the Western District of New York. Plaintiff also seeks leave to proceed without local counsel pursuant to Local Rule 83.2.

      2.     Admission *pro hac vice* in this district is governed by Local Rule 83.1(I), which requires that each applicant for *pro hac vice* admission satisfy all of the requirements for attorney admission set forth in Local Rule 83.1(b). A motion for *pro hac vice* admission must therefore contain a verified petition from the attorney seeking admission satisfying the requirements listed in Local Rule 83.1(b)(1)-(6). This Court has reviewed Mr. Slominski's motion and finds his verified petition to be in order. Mr. Slominski will therefore be admitted *pro hac vice* to this Court.

      3.     Only members in good standing of the bar of the Western District of New York may appear as attorneys of record. Local Rule 83.2(a) requires that all counsel, whether admitted to this district or not, either maintain an office in this district or retain

local counsel.  In its discretion, the court may waive the local counsel requirement upon "[a]n application to proceed without local counsel . . . made in writing within thirty days of the attorney's initial filing . . . for good cause shown."  Local Rule 83.2.

4. In the instant matter, Plaintiff has shown good cause for proceeding without local counsel at this juncture.  Plaintiff's counsel has represented that this case is a simple collections matter involving approximately $ 150,000.  Moreover, Mr. Slominski claims that he is familiar with the electronic filing system utilized by this Court.  Accordingly, Plaintiff's motion to proceed without local counsel will be granted.  If it appears necessary in the future, however, Plaintiff will be required to find and retain local counsel to proceed with this case.

IT HEREBY IS ORDERED, that the Motion for *Pro Hac Vice* Admission and for Leave to Proceed without Local Counsel (Docket No. 3) is GRANTED.  Mr. Slominski shall be admitted *pro hac vice* subject to payment of the required fee.

SO ORDERED.

Dated:  May 23, 2005
        Buffalo, New York

                                                    /s/William M. Skretny
                                                    WILLIAM M. SKRETNY
                                                    United States District Judge